*Parker* for petitioners. *Messrs. Wm. Dean Embree* and *Lawrence Bennett* for respondent.

No. 522. ROBERTS, ADMINISTRATOR, *v.* BATHURST, EX-ECUTRIX. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frederic Gilbert Bauer* for petitioner. *Mr. Shelton Pitney* for respondent.

No. 531. JOHN DEMARTINI CO., INC., ET AL. *v.* THE MAUI ET AL. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. Hasket Derby* and *Joseph C. Sharp* for petitioners. *Messrs. Herman Phleger* and *Maurice E. Harrison* for respondents.

No. 534. RAY *v.* UNITED STATES. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Francis Murphy* for petitioner. *Solicitor General Biddle* for the United States.

No. 554. EUREKA LODGE No. 5, INDEPENDENT ELKS, ET AL. *v.* GRAND LODGE IMPROVED, BENEVOLENT PROTECTIVE ORDER OF ELKS OF THE WORLD. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James G. Martin* for petitioners. *Mr. Perry W. Howard* for respondent.